

FILED
CLERK, U.S. DISTRICT COURT

MAR - 6 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TOMMY DEMORIZI,

Defendant.

Case No.  CR 25-00886-FLA

ORDER OF DETENTION

I.

On March 6, 2026,  Defendant Tommy Demorizi, assisted by the French language interpreter, made his initial appearance on the Indictment filed in this matter. Mark Chambers, a member of the CJA Defense Panel, was appointed to represent Defendant.  The government was represented by Assistant United States

1    Attorney Jun Nam. Defendant submitted on the recommendation of detention in the

2    report prepared by Probation and Pretrial Services.

5    ☒    On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case

6    allegedly involving a narcotics or controlled substance offense with maximum

7    sentence of ten or more years.

8    ☒    On motion by the Government or on the Court's own motion [18 U.S.C.

9    § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

10    The Court concludes that the Government is entitled to a rebuttable

11    presumption that no condition or combination of conditions will reasonably assure

12    the defendant's appearance as required and the safety or any person or the

13    community [18 U.S.C. § 3142(e)(2)].

## II.

15    The Court finds that no condition or combination of conditions will

16    reasonably assure: ☒ the appearance of the defendant as required.

17    ☒ the safety of any person or the community.

## III.

19    The Court has considered: (a) the nature and circumstances of the offense(s)

20    charged, including whether the offense is a crime of violence, a Federal crime of

21    terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

22    or destructive device; (b) the weight of evidence against the defendant; (c) the history

23    and characteristics of the defendant; and (d) the nature and seriousness of the danger

24    to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered

25    the information presented at the hearing, the arguments of counsel, and the report

26    and recommendation prepared by U.S. Probation and Pretrial Services.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

⊠    Unverified Background information

⊠    Citizen of Canada with no family or other ties to the Central District of California, history of international travel.

⊠    unknown bail resources

⊠    alleged member of organized criminal organization

As to danger to the community:

⊠    allegations in the Indictment include conspiracy to kill and cause the intentional killing of another person while engaged in a conspiracy to possess with intent to distribute, and conspiracy to export from the United States, at least 5 kilograms of cocaine.

⊠    alleged member of organized criminal organization

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will

1 | deliver the defendant to a United States Marshal for the purpose of an appearance in

2 | connection with a court proceeding.  [18 U.S.C. § 3142(i)]

3 |

4 | Dated: March 6, 2026

5 |                                              /s/
                        _____

6 |                        ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE